UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BARKOVIC,

     Plaintiff,                                 Civil Action No. 10-CV-10962

vs.                                      HON. BERNARD A. FRIEDMAN

TOWNSHIP OF SHELBY, et al.,

     Defendants.
_____/

## J U D G M E N T

In accordance with the court's opinion and order entered this date,

IT IS ORDERED AND ADJUDGED that judgment be and hereby is granted for defendants and against plaintiff.

DAVID J. WEAVER
CLERK OF COURT


By:s/Michael Williams
    Deputy Clerk

Approved:  s/Bernard A. Friedman
        BERNARD A. FRIEDMAN
        SENIOR U.S. DISTRICT JUDGE